AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| THERESA M. SPARROW,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social Security Administration,*<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-143-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the court is satisfied that there is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner as set forth in the Memorandum & Recommendations.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JULY 23, 2010** WITH A COPY TO:

Brian M. Ricci (via CM/ECF Notice of Electronic Filing)
Charlotte M. Connery-Aujla (via CM/ECF Notice of Electronic Filing)


July 23, 2010                                          DENNIS P. IAVARONE, Clerk
Date                                                          Eastern District of North Carolina

                                                                                /s/Debby Sawyer
                                                                                (By) Deputy Clerk